IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD J. COCHRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-01075 (MN) |
| | ) | |
| DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND STAYING CASE**

At Wilmington, this 3rd day of August 2026,

WHEREAS, on July 15, 2026, Magistrate Judge Hatcher issued a Report and Recommendation ("the Report") (D.I. 9) in this action recommending that the Court dismiss the complaint with prejudice as to the Delaware Department of Corrections and without prejudice as to the remaining defendants pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii) and § 1915A(b)(1) and that Plaintiff be given leave to file an Amended Complaint to cure the deficiencies outlined in the Report (*Id*. at 6);

WHEREAS, on July 30, 2026, Plaintiff filed a Motion to Stay Proceedings (D.I. 10) seeking a stay of the action for 120 days so that he can view his medical file and determine who to name as defendants in an Amended Complaint; and

WHEREAS, Plaintiff did not object to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period in his Motion to Stay or otherwise, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1.      The Report and Recommendation (D.I. 9) is ADOPTED.

2.      The claims in Plaintiff's Complaint (D.I. 3) against the Delaware Department of Corrections are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) and § 1915A(b)(1).

3.      The claims in Plaintiff's Complaint (D.I. 3) against all other defendants are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that Plaintiff's Motion to Stay Proceedings (D.I. 10) is GRANTED.  This matter is stayed for 120 days (until December 1, 2026).  If Plaintiff has not filed an Amended Complaint by that date, he shall file a status report that includes the status of viewing his medical records and when he expects to be able to file his Amended Complaint.

The Honorable Maryellen Noreika
United States District Judge

2